**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00732-CV

### ALBERT G. HILL, III, Appellant

### V.

### ALBERT G. HILL, JR., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04523**

## ORDER

Before the Court is the motion of Daniel L. Jackson, Receiver for Hill 3 Investments LLC requesting that the Court reconsider and clarify the Court's March 31, 2104 order staying the trial court's March 17, 2014 Order Approving Receiver's Application for Payment of Fees and Expenses Regarding Preparation of Appellate Brief and the Court's March 31, 2014 order consolidating Cause No. 05-14-00397-CV and Cause No. 05-13-00732-CV. The Court **DENIES** the motion.

/s/    KERRY P. FITZGERALD
        JUSTICE